■ In the Matter of MELODY B., a Child Alleged to be Neglected. MARY ANN B., Appellant; CATTARAUGUS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [651 NYS2d 810] —Appeal unanimously dismissed without costs. Memorandum: This appeal by respondent from an order denying her application for the return of her child pursuant to Family Court Act § 1028 has been rendered moot by the subsequent determination of Family Court, after a fact-finding hearing. The court determined that the child is neglected and placed the child with the Cattaraugus County Department of Social Services for one year (*see, Matter of Terrell H.,* 197 AD2d 372, 373). (Appeal from Order of Cattaraugus County Family Court, Nenno, J.—Neglect.) Present—Denman, P. J., Lawton, Fallon, Doerr and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY SAMPSON, Appellant. (Appeal No. 1.) [652 NYS2d 560] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Mulroy, J.— Criminal Sale Controlled Substance, 3rd Degree.) Present— Pine, J. P., Lawton, Callahan, Doerr and Boehm, JJ.